Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation



Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW  |  Washington, DC 20036  |  tel 202.663.8000  |  fax 202.663.8007

Stephan E. Becker
tel: 202.663.8277
stephan.becker@pillsburylaw.com

Case No. A-201-845
Suspension Agreement: CSC Sugar CIT 17-215 Litigation
Case No. C-201-846
Suspension Agreement: CSC Sugar CIT 17-214 Litigation
Total Pages: 431
AD/CVD Operations, Enforcement & Compliance
**PUBLIC VERSION**
BPI redacted from Attachment 1 and Attachment 2

October 4, 2018

**VIA IA ACCESS**

The Honorable Wilbur Ross
Secretary of Commerce
Attn: Enforcement & Compliance
APO/Dockets Unit, Room 18022
14th St. & Constitution Ave., N.W.
Washington, D.C. 20230

**Re:  Submission of Ex Parte Communications to the Administrative Record**

Dear Secretary Ross:

On behalf of the Government of Mexico and pursuant to the Department's

memoranda of September 24 and 28, 2018, we are submitting the *ex parte* correspondence

released to us by the Department with proprietary designations.

Pursuant to 19 C.F.R. § 351.105(c)(11), we request proprietary treatment for the

bracketed information in the proprietary version of this submission.  Although the

correspondence at issue was submitted by or sent to the Government of Mexico, it contains

Filed By: Saad Hafeez, Filed: hafeez@pillsburylaw.com, Filed Date: 10/4/18 3:17 PM, Submission Status: Approved

Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

The Honorable Wilbur Ross, Jr.
Secretary of Commerce
October 4, 2018
Page 2

confidential information of the Mexican sugar industry and its members related to their

market strategies and negotiating positions.  The submission also contains confidential

information pertaining to internal Mexican government processes, procedures and

strategies that is not publicly available.  Disclosure of the confidential information

contained therein would cause substantial harm to the competitive position of relevant

parties, would hinder the ability of the Government of Mexico to participate in negotiations

and obtain information in the future, and may impair the ability of the Department to obtain

necessary information to perform its statutory functions.  All of the communications were

made in the expectation that they would be maintained as confidential.

Counsel for the Government of Mexico has consulted with counsel for the

American Sugar Coalition, the CAMARA, and Imperial Sugar Company, who are in

agreement that the information of each shared by the Department during the negotiations

should be treated as proprietary.

In Attachment 1, we have provided documents the Department identified as relating

only to the Government of Mexico, and in Attachment 2, we have provided documents the

Department identified as relating to both the Government of Mexico and the CAMARA.

A public version omitting proprietary information is being filed concurrently with

the business proprietary version.  Proprietary information is redacted in the public version.

Filed By: abdul.hafeez@pillsburylaw.com, Filed Date: 10/4/18 3:17 PM, Submission Status: Approved

Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

The Honorable Wilbur Ross, Jr.
Secretary of Commerce
October 4, 2018
Page 3

      We are electronically filing this submission and copies of this document have been

served on the parties identified in the attached certificate of service.

      If you have any questions regarding this submission, please contact me.


Respectfully submitted,

Stephan E. Becker
Moushami P. Joshi
Sahar J. Hafeez

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, N.W.
Washington, D.C. 20036

Counsel to the Government of Mexico

**Sugar From Mexico, Case No. 201-846 Suspension Agreement**

I, Stephan E. Becker, hereby certify that on this date, copies of the enclosed PUBLIC submission were served via hand-delivery or first class mail on the parties listed below:

Jeffrey S. Neeley, Esq.
**Representative of CSC Sugar LLC**
Husch Blackwell LLP
750 17th Street, NW
Suite 900
Washington, DC 20006-4675
jeffrey.neeley@huschblackwell.com

Aristeo Lopez, Esq.
**Representative of Embassy of Mexico**
Legal Counsel for International Trade
Embassy of Mexico
Trade and NAFTA Office
1911 Pennsylvania Avenue, NW
Washington, DC 20006
alopez@naftamexico.net

Manuel "Manny" Sanchez
**Representative of Pullman Sugar**
**Sanchez Daniels & Hoffman LLP**
333 West Wacker Drive
Suite 500
Chicago IL 60606
msanchez@sanchezdh.com

Richard E. Pasco, Esq.
**Representative of Sweetener Users**
**Association**
1100 New Jersey Avenue, SE
Suite 910
Washington, DC 20003
rpasco@watkinsonmiller.com

Thomas Wilner, Esq.
**Representative of Zucarmex S.A. de C.V.**
Shearman & Sterling LLP
401 9th Street, NW
Suite 800
Washington, DC 20004
twilner@shearman.com

Gregory J. Spak, Esq.
**Representative of Imperial Sugar**
**Company**
White & Case LLP
701 13th Street, NW
Washington, DC 20005
gspak@whitecase.com,

Matthew R. Nicely, Esq.
**Representative of The Government of Mexico**
Hughes Hubbard & Reed LLP
1775 I Street, NW
Washington, DC 20006-2401
nicely@hugheshubbard.com

Jeffrey S. Grimson, Esq.
**Representative of Batory Foods Inc. and**
**Batory de Mexico S. de R. L. de C.V.**
Mowry & Grimson LLP
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
trade@mowrygrimson.com

Rosa S. Jeong, Esq.
**Representative of Camara Nacional de Las**
**Industrias Azucarera Y AI Alcoholera**
**(Mexican Sugar Chamber) ("Camara")**
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
jeongr@gtlaw.com

Robert C. Cassidy, Jr., Esq.
**Representative of American Sugar**
**Coalition and its members**
**Cassidy Levy Kent (USA) LLP**
900 19th Street, NW
Suite 400
Washington, DC 20006
rcassidy@cassidylevy.com

_____
Stephan E. Becker

Date: October 4, 2018

Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# Exhibits

**Attachment 1**:      Documents relating only to the Government of Mexico

**Attachment 2**:      Documents relating to both the Government of Mexico and CAMARA

Filed By: sahar.hafeez@pillsburylaw.com, Filed Date: 10/4/18 3:17 PM, Submission Status: Approved

Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# ATTACHMENT 1

# DOCUMENTS FOR THE GOVERNMENT OF MEXICO ONLY

Filed By: sahar.hafeez@pillsburylaw.com, Filed Date: 10/4/18 3:17 PM, Submission Status: Approved

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      001-20160808-35800
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       005-20160817-14008
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       015-20160907-30224
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   015-20160907-30224-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED    017-20160908-122400
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        026-20160927-40100

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        033-20161019-51338
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   033-20161019-51338-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      034-20161020-85941
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED          036-20161025-60200
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   036-20161025-60200-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED  036-20161025-60200-02
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       043-20161117-62500
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      047-20161125-35102
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   047-20161125--35102-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED     058-20161205-20900-01

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      061-20161209-71844
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       062-20161212-43500
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        077-20170309-75520

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED          084-20170324-41500
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        087-20170329-42428
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      090-20170404-12944
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED  090-20170404-12944-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED     094-20170417-35950
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      095-20170417-40000
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      119-20170425-62312
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   119-20170425-62312-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED    128-20170428-112145
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       144-20170516-84822
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   144-20170516-84822-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      145-20170516-14619
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED     146-20170516-51420
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED         146-20170516-51420-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       147-20170516-62819
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED     147-20170516-51420-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED     154-20170523-120431
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   155-20170524-110353
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        172-20170603-40332
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   172-20170603-40332-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      173-20170603-54418
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       179-20170605-22242
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   179-20170605-22242-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        181-20170605-92932
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       183-20170605-14507
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       188-20170605-44559
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED 188-20170605-44559-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED          189-20170605-51745
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        191-20170605-52623
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Filed By: sahar.hafeez@pillsburylaw.com, Filed Date: 10/4/18 3:17 PM, Submission Status: Approved

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED    193-20170606-125657
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED 93-20170606-125657-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       212-20170608-44328
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED          212-20170608-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   212-20170608-44328-02
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       213-20170608-53656
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       214-20170608-55147
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Filed By: sahar.hafeez@pillsburylaw.com, Filed Date: 10/4/18 3:17 PM, Submission Status: Approved

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED     215-20170608-62343
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       217-20170609-12253
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      224-20170611-95439
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED    228-20170612-125838
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   228-20170612-125838-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   228-20170612-125838-02
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       231-20170612-50916
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED          232-20170612-51231
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      233-20170612-51900
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       239-20170613-20443
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   239-20170613-20443-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      243-20170613-44703
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      243-20170613-44703-01

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED          243-20170613-44703-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      246-20170613-74400
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      247-20170613-75736
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   247-20170613-75736-01

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED    247-20170613-75736-02
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   247-20170613-75736-03
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED     247-20170613-75736-03
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       252-20170626-23200
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      253-20170626-64345
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       257-20170629-44230
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      258-20170629-55702
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED      264-20170630-44341
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   264-20170630-44341-02
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED        265-20170630-51300
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED   265-20170630-51300-01
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION – BUSINESS PROPRIETARY INFORMATION REDACTED       266-20170630-53800
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# ATTACHMENT 2

# JOINT DOCUMENTS FOR GOVERNMENT OF MEXICO AND CAMARA

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement - CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED

# NOT SUSCEPTIBLE TO
# PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

20170613-24800                    PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO
# PUBLIC SUMMARY

20170613-44124
PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

BUSINESS PROPRIETARY INFORMATION REDACTED

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

20170630-72622                    PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

20170630-72622-01
PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO
# PUBLIC SUMMARY

Filed By: sahar.hafeez@pillsburylaw.com, Filed Date: 10/4/18 3:17 PM, Submission Status: Approved

BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO
# PUBLIC SUMMARY

20170630-73043-01
PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement  -  CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY

PUBLIC VERSION
BUSINESS PROPRIETARY INFORMATION REDACTED
Barcode:3759600-01 A-201-845 SUSP - Suspension Agreement   -   CSC Sugar CIT 17-215 litigation

# NOT SUSCEPTIBLE TO PUBLIC SUMMARY